STATE BOARD OF MEDICAL EXAMINERS, PROSECUTOR,
v. WILLIAM D. LEVIN, DEFENDANT.

Submitted October 16, 1931—Decided March 2, 1932.

Before Justices TRENCHARD, DALY and DONGES.

For the prosecutor, *William A. Stevens,* attorney-general,
and *Robert Peacock,* assistant attorney-general.

For the defendant, *David M. Litwin.*

PER CURIAM.

This is a writ of *certiorari* allowed to review proceedings
in the Second District Court of the city of Newark. The
defendant was charged by the state board of medical exami-
ners with having violated the act respecting the practice of
medicine and surgery. The defendant demanded a bill of
particulars and the District Court judge ordered that it be
furnished. The state board refused to comply with the order
and the judge refused to allow it to proceed with the prose-
cution. No final judgment has been entered.

The prosecutor contends that it was not required to furnish
the bill of particulars. The argument is that the medical
act does not provide for it, nor does the District Court act.
It is further argued that charging a violation of a statute in
the language of the statute is sufficient.

The District Court act provides that the practice in Cir-
cuits Courts shall be applicable to District Courts unless
otherwise prohibited. It seems that the judge of the District

Court had the discretionary power to order the bill of particulars. There is nothing to prohibit it. The complaint against the defendant was couched in very general terms and it would appear that the ordering of the bill was a sound exercise of discretion.

A further and very serious objection to the argument of the prosecutor is that there has been no judgment as yet in the court below, and the order sought to be reviewed is nothing more than an interlocutory one. The writ of *certiorari* in a statutory proceeding of this kind is really a method of review of a final judgment. In this case, it might very well be that the defendant would be convicted upon a trial after the furnishing of the bill of particulars.

The writ of *certiorari* is dismissed, but without costs to either party.